ARAB CORPORATION and Duneco, Inc., Appellants, v. E. F. FALGOUT HOLDING CO., Inc., et al., Appellees.

No. 10142.

Circuit Court of Appeals, Fifth Circuit.

Oct. 12, 1942.

Arthur A. Moreno, Benjamin W. Dart, H. Grady Price, and Harry P. Gamble, Jr., all of New Orleans, La., for appellants.

R. C. Milling, L. K. Benson, and Chas. H. Blish, all of New Orleans, La., and Roland B. Howell, of Thibodaux, La., for appellees.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

Considering the stipulation entered into by and between counsel for appellants and counsel for appellees filed in the above entitled and numbered cause;

It is now here ordered, adjudged and decreed by this Court that the judgment of the said District Court in this cause be, and the same is hereby, reversed; and that this cause be, and it is hereby, remanded to the said District Court for further and not inconsistent proceedings;

It is further ordered, adjudged and decreed that the appellees, E. F. Falgout Holding Co., Inc., and others, be condemned, in solido, to pay the costs of this cause in this Court, for which execution may be issued out of the said District Court.

---

FARMERS & GINNERS COTTON OIL COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 10409.

Circuit Court of Appeals, Fifth Circuit.

Oct. 27, 1942.

Lee C. Bradley, Jr., of Birmingham, Ala., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key and Joseph M. Jones, Sp. Assts. to Atty Gen., J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Claude R. Marshall, Sp. Atty., Bureau of Internal Revenue, all of Washington, D. C., for respondent.

Marcellus Green, Garner W. Green, and E. R. Holmes, Jr., all of Jackson, Miss., and Christie Benet, of Columbia, S. C., for amicus curiae.

Before HUTCHESON, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of the former opinion, Commissioner of Internal Revenue v. Farmers & Ginners Cotton Oil Co., 120 F.2d 772, the judgment is affirmed.